**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **BRYAN ARNOLD,**<br><br>Plaintiff,<br><br>v.<br><br>**WAL-MART ASSOCIATES, INC.,**<br><br>Defendant. | **CIVIL ACTION NO.:**<br>**2:24-CV-00022-SCJ** |

**JOINT STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, without prejudice, with each party to bear its own costs.

Respectfully submitted this 12th day of May, 2025.

Lucas & Leon, LLC

/s/ Beverly A. Lucas
BEVERLY A. LUCAS
Georgia Bar No. 427692
P.O. Box 752
Clarkesville, Georgia 30523
Telephone: (706) 754-2001
beverly@lucasandleon.com

*Attorney for Plaintiff*

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211
Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
Telephone: (478) 750-8600
apeters@constangy.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to all attorneys of record.

This 12th day of May, 2025.

Lucas & Leon, LLC

/s/ Beverly A. Lucas
BEVERLY A. LUCAS
Georgia Bar No. 427692
P.O. Box 752
Clarkesville, Georgia 30523
Telephone: (706) 754-2001
beverly@lucasandleon.com

*Attorney for Plaintiff*