UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2:23-cv-0015-SCJ
Maria Simmons v. Wal-Mart Associates, Inc.

2:24-cv-0022-SCJ

Bryan Arnold v. Wal-Mart Associates, Inc.

2:24-cv-0023-SCJ

Tom Moeller v. Wal-Mart Associates, Inc.

2:24-cv-0025-SCJ

Shekena Talley v. Wal-Mart Associates, Inc.

2:24-cv-0027-SCJ

Keith Bradley v. Wal-Mart Associates, Inc.

2:24-cv-0029-SCJ

Stephen Wilson v. Wal-Mart Associates, Inc.

2:24-cv-0043-SCJ

Iesha Prather v. Wal-Mart Associates, Inc.

2:24-cv-0044-SCJ

Sabrina Hill v. Wal-Mart Associates, Inc.

2:24-cv-0045-SCJ

Corey Adams v. Wal-Mart Associates, Inc.

2:24-cv-0046-SCJ

Than Le v. Wal-Mart Associates, Inc.

2:24-cv-0049-SCJ

Gary Kirk v. Wal-Mart Associates, Inc.

---

Minute Sheet for proceedings held 06/05/2025.

TIME COURT COMMENCED: 11:00 A.M.

TIME COURT CONCLUDED: 12:17 P.M.

| | |
|---|---|
| TIME IN COURT:    1:17 (77 minutes) | COURT REPORTER: V. Zborowski |
| OFFICE LOCATION: Gainesville | DEPUTY CLERK: Stacey Kemp |

ATTORNEYS PRESENT:           Beverly Lucas representing Plaintiffs

Alyssa Peters and David Korsen  representing Defendants

PROCEEDING CATEGORY:     Motion Hearing(Other Evidentiary Hearing-Contested);

MOTIONS RULED ON:            [76]Motion for Reconsideration TAKEN UNDER ADVISEMENT

[76]Motion for Certificate of Appealability TAKEN UNDER ADVISEMENT

MINUTE TEXT:      Hearing convened pursuant to the Court's Order of 5/30/2025 [75] regarding the Joint Stipulations of Dismissal filed in each above-referenced case. Plaintiffs Maria Simmons, Bryan Arnold, Tom Moeller, Shekena Talley, Keith Bradley, Stephen Wilson, Iesah Prather, Sabrina Hill, Corey Adams, and Than Le sworn and testified. Plaintiff Gary Kirk was unable to attend. The Court also heard from counsel regarding the parties' joint Motion for Reconsideration, and, in the alternative, Motion for Certification of Interlocutory Appeal [76]. All matters were taken under advisement by the Court, with ruling to follow in due course via written order.

HEARING STATUS:           Hearing Concluded